1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Attorney
3  SEAN F. CONNOLLY, State Bar # 152235
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3863
6  Facsimile:     (415) 554-3837
   E-Mail:        sean.connolly@sfgov.org
7
   Attorneys for Defendants,
8  CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYNE KEVIN VERNON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAN FRANCISCO, OFFICER G. PEREZ (Star No. 739) an individual, and Does 1 to 20,<br><br>Defendants. | Case No. C 07-01286 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:    October 5, 2007<br>Hearing Judge:   Hon. Breyer<br>Time:            8:30 a.m. |
|---|---|

The case management conference in this case is currently scheduled for Friday, October 5, 2007, 8:30 a.m. This court had set the conference for October 5, 2007, in order to allow the parties to complete an early settlement conference, which had been scheduled for September 14, 2007. However, the settlement conference was postponed at the request of Magistrate Judge James and has been rescheduled for November 14, 2007. Therefore, the parties hereby request the District Court to continue the above case management conference until November 16, 2007.

1

Stip to Cont CMC; CASE NO. C 07-01286 CRB                              n:\lit\li2006\061345\00436082.doc

1 | DATED: September 6, 2007
2 |                DENNIS J. HERRERA
               City Attorney
3 |                JOANNE HOEPER
               Chief Trial Deputy

          By: /s/ Sean F. Connolly
            SEAN F. CONNOLLY
            Deputy City Attorney
            Attorneys for Defendants

SO STIPULATED

Dated:  September 7, 2007

             MATTHEW E. GONZALEZ, ESQ.


          By: /s/ Matt Gonzalez
            MATT GONZALEZ
            Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT:

  The case management conference in this case is continued to Novembr 16, 2007 at 8:30 a.m.

  The last day for the parties file their joint case management statement shall be 5 days prior to the case management conference.

  DATED:  September 13, 2007

             _____
             HON. CHARLES R. BREYER
             UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]*