1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3 | SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:    (415) 554-3863
6 | Facsimile:    (415) 554-3837
E-Mail:       sean.connolly@sfgov.org
7
Attorneys for Defendants,
8 | CITY AND COUNTY OF SAN FRANCISCO ET AL.

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

| WAYNE KEVIN VERNON, | Case No. C 07-01286 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |
| vs. | |
| CITY OF SAN FRANCISCO, OFFICER G. PEREZ (Star No. 739) an individual, and Does 1 to 20, | Hearing Judge:    Hon. James |
| Defendants. | |

1

STIP. TO CONTINUE SETTLEMENT CONF.;
CASE NO. C07-01286 CRB

1     Whereas the Settlement Conference in this case is currently scheduled for Wednesday,
2 November 14, 2007, 10:00 a.m.;
3     Whereas the parties have completed some, but not all the discovery required to have a
4 meaningful settlement conference;
5     Whereas party and third party witness work and vacation schedules have inhibited the
6 parties' ability to complete certain essential depositions;
7     Whereas plaintiff's counsel is presently in trial;
8     And whereas defense counsel will be out of the state on a pre-planned vacation from
9 November 19, 2007 to November 26, 2007;
10     The parties hereby STIPULATE to continue the Settlement Conference in order to complete
11 discovery and request that the District Court continue the Settlement Conference to January 30,
12 2008 at 10:00 a.m.
13     SO STIPULATED.
14 DATED: November 13, 2007

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

By: *s/Sean F. Connolly*
SEAN F. CONNOLLY
Deputy City Attorney
Attorneys for Defendants

Dated: November 13, 2007

MATTHEW E. GONZALEZ, ESQ.

By: *s/Matt Gonzalez*
MATT GONZALEZ
Attorney for Plaintiff

---

STIP. TO CONTINUE SETTLEMENT CONF.;
CASE NO. C07-01286 CRB

2

c:\documents and settings\usdc\local
settings\temp\notes56fd74\stip and
order re set.doc

**ORDER**

PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT:

The Settlement Conference in this case is continued to January 30, 2008 at 10:00 a.m.

DATED: 11-14-07

_____
JUDGE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT

STIP. TO CONTINUE SETTLEMENT CONF.;
CASE NO. C07-01286 CRB

c:\documents and settings\usdc\local settings\temp\notes56fd74\stip and order re set.doc