DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3863
Facsimile: (415) 554-3837
E-Mail: sean.connolly@sfgov.org

Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KEVIN VERNON,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY OF SAN FRANCISCO, OFFICER G. PEREZ (Star No. 739) an individual, and Does 1 to 20,<br><br>      Defendants. | Case No. C 07-01286 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:   March 7, 2008<br>Time:   8:30 a.m.<br>Hearing Judge:   Hon. C.R. Breyer<br>Place:   CourtRoom 8, 19th Floor |

The Further Case Management Conference is currently scheduled for Friday, March 7, 2008, 8:30 a.m. This Court had set the conference for March 7, 2008 in order to allow the parties to complete a settlement conference. However, the settlement conference has since been rescheduled to April 16, 2008. Therefore, the parties hereby request the District Court to continue the above Further Case Management Conference to Friday, April 18, 2008 at 8:30 a.m.

IT IS SO STIPULATED:

DATED: March 4, 2008
DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy

By: s/ Sean F. Connolly
SEAN F. CONNOLLY
Deputy City Attorney
Attorneys for Defendants

Dated: March 4, 2008
GONZALEZ & LEIGH

By: s/Matt Gonzalez
MATT GONZALEZ
Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT the Further Case Management Conference is continued to Friday, April 18, 2008 at 8:30 a.m. The parties shall file their joint case management statement no later than five (5) days prior to the Further Case Management Conference.

DATED: March 06, 2008

HON. CHARLES R. BREYER
UNITED STATES DISTRICT

IT IS SO ORDERED
Judge Charles R. Breyer