DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
SEAN F. CONNOLLY, State Bar # 152235
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3863
Facsimile:      (415) 554-3837
E-Mail:          sean.connolly@sfgov.org

Attorneys for Defendants,
CITY AND COUNTY OF SAN FRANCISCO ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| WAYNE KEVIN VERNON, | Case No. C 07-01286 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: DUE DATE FOR PRE-TRIAL SUBMISSIONS** |
| vs. | |
| CITY OF SAN FRANCISCO, OFFICER G. PEREZ (Star No. 739) an individual, and Does 1 to 20, | Date Action Filed:     April 18, 2006<br>Trial Date:               September 22, 2008 |
| Defendants. | |

Pursuant to the Court's May 16, 2008 Final Pretrial Order, the Final Pretrial Conference is scheduled for Tuesday, September 9, 2008 and the parties' final pretrial submissions – including the joint proposed final pretrial order, joint proposed jury instructions, special verdict form, proposed voir dire and motions in limine – are currently to be filed no later than Tuesday, September 2, 2008.

It is hereby stipulated between the parties hereto that the final pretrial submissions shall now be due on Thursday, September 4, 2008. The date and time of the Final Pretrial Conference shall remain unchanged.

IT IS SO STIPULATED:

DATED: August 28, 2008                         DENNIS J. HERRERA
                                               City Attorney
                                               JOANNE HOEPER
                                               Chief Trial Deputy


                                        By:    s/ Sean F. Connolly
                                               SEAN F. CONNOLLY
                                               Deputy City Attorney
                                               Attorneys for Defendants


Dated: August 28, 2008                         GONZALEZ & LEIGH


                                        By:    s/Matt Springman
                                               MATT SPRINGMAN
                                               Attorney for Plaintiff


**ORDER**

PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT the final pretrial submissions shall be filed no later than September 4, 2008. The date and time of the Final Pretrial Conference shall remain unchanged.

DATED: August 28, 2008                         _____
                                               HON. CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Charles R. Breyer (United States District Court, Northern District of California seal)*