MATT GONZALEZ (SBN 153486)
G. WHITNEY LEIGH (SBN 153457)
MATT SPRINGMAN (SBN 252508)
GONZALEZ & LEIGH, LLP
Two Shaw Alley, Third Floor
San Francisco, CA 94105
Telephone: (415) 512-2000
Facsimile: (415) 512-2001

Attorneys for Plaintiff
WAYNE KEVIN VERNON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| WAYNE KEVIN VERNON, an individual, | Case No. C 07-01286 CRB |
|---|---|
| Plaintiff, | **STIPULATION TO PERMIT PLAINTIFF'S COUNSEL TO FILE, PARTIALLY UNDER SEAL, A MOTION TO WITHDRAW AS COUNSEL AND TO STAY ENTRY OF JUDGMENT ON THE CITY'S MOTION FOR FEES AND COSTS** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; OFFICER GEORGE PEREZ, an individual, and DOES 1-30, in their individual capacities as Police Officers, high ranking officials and/or employees of the CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendants. | |

As to Court's Order granting in part and denying in part the City's motion to recover attorney's costs and fees, the parties hereby stipulate to allow plaintiff's counsel to file, partially under seal, a motion to withdraw as counsel and, pending resolution of that motion, to stay entry of judgment on the City's motion to recover costs and attorney's fees.

If permitted by the Court, plaintiff's counsel's motion to withdraw will contain private information related to Plaintiff Wayne Vernon, as well as information protected by the attorney-client privilege concerning Plaintiff's location and counsel's ability to contact him. Declaration of Matt Springman ISO request to permit plaintiff's counsel to file under seal, at ¶ 2. Given the

confidential and privileged information contained in Plaintiff's counsel's motion, it would be a violation of Mr. Vernon's rights if this document were filed publicly. Springman Dec. at ¶ 3.

Additionally, according to Local Rule 79-5(a), Plaintiffs' counsel's motion filed under seal is narrowly tailored to redact only sealable material. Also, according to Local Rule 79-5(c), Plaintiff's counsel will lodge copies of both the redacted and unredacted versions of the motion with the Court. Plaintiff will also serve the City with a redacted version. Springman Dec. at ¶ 4.

Therefore, plaintiff's counsel, pursuant to the parties' stipulation, respectfully requests that this Court permit plaintiff's counsel to file, partially under seal, a motion to withdraw as counsel and, pending resolution of that motion, to stay entry of judgment on the City's motion to recover costs and attorney's fees.

DATED: December 10, 2008         GONZALEZ & LEIGH, LLP

By: /s/ Matt Springman
Matt Springman
Attorney for Plaintiff
WAYNE KEVIN VERNON

DATED: December 10, 2008         OFFICE OF THE CITY ATTORNEY

By: /s/ Daniel Zaheer
Daniel Zaheer
Deputy City Attorney
Attorneys for Defendants
City and County of San Francisco, et al.

//
//
//
//

1
2  **IT IS SO ORDERED.**
3  Good cause appearing and pursuant to the stipulation of the parties, the Court hereby
4  grants plaintiff's request to file, partially under seal, their motion to stay entry of judgment on the
5  City's Motion to recover Costs and Fees and to withdraw as counsel.
6
7  Dated: December 11, 2008



Honorable Charles Breyer
UNITED STATES DISTRICT COURT JUDGE