United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KEVIN VERNON,<br><br>    Plaintiff,<br><br>   v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and OFFICER GEORGE PEREZ,<br><br>    Defendants.                   / | No. C 07-01286 CRB<br><br>**ORDER** |

Plaintiff's Counsel has requested to withdraw from representation in this matter. That request is DENIED.

**IT IS SO ORDERED.**

Dated: December 17, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\1286\order withdraw atty.wpd