IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE KEVIN VERNON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO and OFFICER GEORGE PEREZ,<br><br>    Defendants. | No. C 07-01286 CRB<br><br>**ORDER ON FEES AND COSTS** |

After prevailing at a jury trial, Defendants City and County of San Francisco and Officer George Perez moved for an order awarding attorneys' fees and costs incurred in the defense of this 42 U.S.C. § 1983 suit brought by Plaintiff Wayne Vernon. On December 8, 2008, the Court granted fees and costs insofar as such expenses were incurred in defense of the false arrest claim during the period that began with the Court's summary judgment order and ended with the claim's dismissal. Defendants were instructed to submit a declaration setting forth their best estimate of that amount.

///
///
///
///

1  The Court has reviewed Counsel's declaration and exhibits, and finds its submission
2  adequate. The Court hereby GRANTS Defendants' request for an award of $47,215.00 in
3  attorneys' fees and costs pursuant to 42 U.S.C. § 1988.

5  **IT IS SO ORDERED.**

8  Dated: January 28, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE